UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CELINA GARDENHIRE, | ) | Case No.: 1:17 CV1955 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| OHIO DEPARTMENT OF | ) | |
| REHABILITATION AND | ) | |
| CORRECTIONS, | ) | |
| | ) | CASE MANAGEMENT |
| Defendant | ) | <u>CONFERENCE ORDER</u> |

A case management conference was held with counsel for the parties in the within case on January 18, 2018, at 2:00 p.m.

All parties do not consent to Magistrate Judge jurisdiction.

This case is assigned to the standard track.

The parties will exchange pre-discovery disclosures by March 16, 2018.

The parties will have until April 2, 2018 , to join parties and/or amend the pleadings. The cut-off date for discovery is September 21, 2018. The dispositive motion cut-off date is October 26, 2018.

After discussion with the parties, the court determined that Alternative Dispute Resolution would not be useful at this time.

The court notes that there may be the possibility that Plaintiff's Complaint will be amended to add claims, including for Plaintiff's termination from Defendant's employment, but all would

agree that, as of today, those claims are not yet ripe due to related matters currently pending in state administrative proceedings and subject to the EEOC administrative process.

This case will automatically be entered into the court's electronic filing system and all further documents, notices and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

January 18, 2018